Case NO 24-1490   Celli v. USA

Page 1 of 3

TRULINCS 91241053 - CELLI, LUCIO - Unit: ALM-D-A

---

FROM: 91241053, Lucio Celli, FCI Allenwood P.O. Box White Deer, PA 17887
TO: Celli, Gino; Mysliwiec, Asron
SUBJECT: Letter to Admin Oversight and Wolfe
DATE: 06/10/2024 01:34:06 PM

REISSUE

Dear Admin Oversight and Clerk Wolfe:

24--- 1490

I am writing you about the following appealings, as obstruciton of justice has occurred in each appeal that I have had. I was denied all consitutional rights in 19cr127 and was not allowed to make a record of them

I know that you have asked Mr. Mysliwiec to place a motion to leave to appeal. I have informed Mr. Mysliwiec that Mr. Silverman and Mr. Santana both placed a motion to relieved and a motion to leave to appeal in prior appeals

I have asked Mr. Mysliwiec to place many motions since Dec of 2023 and he only place one with excuses for the others. My lawyer has until June 17th and today--the day that I write this letter is June 10th, which is also the day that I informed him, so he may place a motion to leave to appeal. Clerk Wolfe

BUT if he does not, will you informed block me in Sept when I am free to place the motion to leave. I noticed you and the others of the issues with audio that I have had with Mr. Mysliweic or my other lawyers. If I may remind you, you are audio recorded telling my friend that you were supposed to the "Chief Judge," who would be Livingston.

I have not heard of what is occurring it appeal 22-3138, please tell provide me w/ any updates

Please note, Judge Engelmayer intentionally or appears obstructed justice for Randi Wiengarten, as motions I said were not filed.
For sure, Judge Engelmayer robbed my parents because Santana failed to raise Kellman's addmission and he refused to address this issue and it is grounds for structural error for biased judge because Kellman admitted to not doing her job for him.

Now, Mysliwiec never addmitted to anyone but he behaved like all the others and you, Clerk Wolfe just ostructed justice

What are you doing to do any the criminal conduct in 21-1760 and 22-3138? Mr. Mysliweic did block me in district court and Judge Engelmayer will protect him because he ignored the emails from the days piror

If Mr. Mysliwiec places the motion to leave to appeal; then, please response and provide me information about previous appeals. Lastly, please see the attachment to my brother and Mr. Mysliwiec

G, please save and print

I was terminated by employer and not allowed to create a create in 19cr127 b/c my lawyer, Silverman admitted to conspiring w/ Wiegarten & Cogan. this includes 40 missing motions for 19cr127 w/ same on 21-1760.
I nearly raped nearly raped w/ DOE having prior knowledge
I am entitled to either remedies or new trial

Thanks
Celli

& Mysliwiec was to docket this

P.S. this is a test whether Wolfe obstructs justice & Randi

TRULINCS 91241053 - CELLI, LUCIO - Unit: ALM-D-A

---

FROM: Mysliwiec, Asron
TO: 91241053
SUBJECT: RE: Transcripts
DATE: 06/10/2024 01:36:06 PM

Judges frequently deny a request for funds to pay court reporters for transcripts. This is not limited to you. I have had it happen many times.

I do not know why you are at a medium. BoP does not have to inform me of your safety score and I haven't been appointed for purposes of contesting it. You could try to do that administratively on your own.

Aaron

LUCIO CELLI on 6/10/2024 11:22:28 AM wrote
I am entitled to one free copy for each date, so I do not know why he would deny it. The free copy is to me and I know this for sure.

I appreciate the answer and I do not understand why it is not availble because it was supposed to be avaiable for the appeal.

As I told you, I did not waive PSI because I know from the last PSI...I only had 11 pts and pts are reduced, if I self surrender

Why am I at a medium?

Please inform the court that I did not waive my righ with you were not choice of a lawyer. Like you said, only items on the docket.

I appreciate the help....just send a copy to my brother and he'll tell me

I have a feeling as to why it is not publicly availble too .....I stated,what was my intent vs. what they wanted me to say ....so I was illegally convicted with the other illegal detentions

They wanted me to say that I intended to inflict harm upon the judges, which is part of the missing motion like how I was placed under durass and you didnt place that either.

thanks
-----Mysliwiec, Asron on 6/10/2024 10:36 AM wrote:

>

Hi,

I will look into the status of that transcript. If it's not publicly available, I do not think the judge will authorize funding for it.

Aaron

LUCIO CELLI on 6/8/2024 7:34:43 AM wrote
Morning

I really need the transcript for 7/20/21, as they need to know the charge, what I said and what the Judge said ...Mr. Mysliwiec, you know this and this is my safety.

Please tell me when Can I have it because I dont have too much more time to show it.. they are giving me a grace period because i already showed them the civil cases where it mentions my charge.

They want to know if I am a rat or not ...this is not mentioned in the cases.

Lastly, the judge said that MDC BK is short staff the people are locked in most of the time. This is true for here too...plus the stabbing, I am not getting the right meds here ....and I didnt have the problem of "papperwork" of being a rat or touching a little child...the papperwork doesnt really matter because the nature my of case is simiple

TRULINCS 91241053 - CELLI, LUCIO - Unit: ALM-D-A

---

FROM: 91241053
TO: Celli, Gino; Mysliwiec, Asron
SUBJECT: Notice to leave to appeal
DATE: 06/10/2024 12:41:58 PM

Dear Mr.. Mysliwiec:

Mr.. Silverman and Mr.. Santana both wrote a notice to appeal with a motion to relieved. Clerk Wolfe asked you to submit a notice to leave. by 6/17

Please look at 21-1760 and 22-3138. Please include that I want to represent myself because no one has raised the following:

1) I did not stated the intent of "i wanted to inflict harm," which is one of the missing 40 motions
2) There are 40 missing motions, like choice of lawyer--which is a structural error
3) Enforce Engelmayer's order because one of the audios was the one about I did not state that i wanted to inflict harm upon anyone but to get justice for the threat to expose my rape and to my status on the blog
4) the intintimidation my mother by Silverman by Randi WieWeingarten false statements by Dr. Wentowski, as she told me that no one can ignore the fact that Silverman addmitted to conspiring with Randi and Cogan
6) the interferncing of my legal representation by Randi and Cogan and Engelmayer via Kellman
7) others issues, like structural error for choice of lawyer

G, please save this message and print out this message, if Mr.. Mysliweic fails to place a notice to leave to appeal and I am blocked because Silvermand Santana did put those motions in for me

If he doesnt mention the other items, it is ok

Mr.. Mysliwiec, the motion to leave to appeal is due by 6/17/24. I would appreciate if you put in the both as requested by the court. You have failed to place other motion and you screwed me over.

I just remembered

---

Clerk wolfe My lawyer was supposed to this docket this these papers to





HARRISBURG PA 171

14 JUN 2024 PM 1 L

USM4LD SDNY

INMATE NAME/NUMBER: [illegible] 91241-60 McQuinn
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD
P.O. BOX
WHITE DEER, PA 17887

Clerk Wolfe
2d Cir
40 Centre St
NY, NY 10007

10007-150296