**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** _____    _____Caption [use short title]_____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:**_____ **OPPOSING PARTY:**_____

  ___Plaintiff    ___Defendant

  ___Appellant/Petitioner ___Appellee/Respondent

**MOVING ATTORNEY:**_____ **OPPOSING ATTORNEY:**_____

[name of attorney, with firm, address, phone number and e-mail]

_____    _____

_____    _____

_____    _____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
 ___Yes  ___No (explain):_____
 _____

Opposing counsel's position on motion:
 ___Unopposed ___Opposed ___Don't Know
Does opposing counsel intend to file a response:
 ___Yes  ___No  ___Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?     ___Yes ___No
Has this relief been previously sought in this court?  ___Yes ___No
Requested return date and explanation of emergency: _____
_____
_____
_____
_____

Is oral argument on motion requested?      ___Yes ___No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?      ___ Yes ___No  If yes, enter date:_____

**Signature of Moving Attorney:**

_____**Date:**_____ Service by: ___CM/ECF   ___Other [Attach proof of service]

**Form T-1080** (rev.12-13)