UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------X

UNITED STATES OF AMERICA,    **D E C L A R A T I O N**

   - v -    **Case No. 24-1490**

LUCIO CELLI

        Appellant.

------------------------------------------------X

     **AARON MYSLIWIEC** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

     I am an attorney on the Criminal Justice Act panel for the Southern District of New York. I make this declaration in support of a second motion for an order relieving me as counsel on appeal for Mr. Celli and assigning new counsel.

     This is an appeal from the violation of supervised release judgment and sentence of the United States District Court for the Eastern District of New York (Engelmayer, P.). After Mr. Celli entered into a plea on May 2, 2024, the Court adjudged him guilty of violating Specification 1 of the Violation Report.

     On May 9, 2024, the district court sentenced Mr. Celli to a term of 3 months' imprisonment on the Violation, which Mr. Celli is now serving.

     I was appointed to represent Mr. Celli pursuant to the Criminal Justice Act on December 15, 2023, after his former counsel withdrew from the matter. I represented him through the proposed evidentiary hearing and sentencing phases of the VOSR proceedings in this case.

     Following Mr. Celli's sentencing, Mr. Celli requested that I file a notice of appeal and that a different attorney be appointed to represent him on appeal, so that the new attorney could investigate all issues, including any possible issues of ineffective assistance of counsel on my part, without encountering any potential conflict of interest. I agreed that I would petition this Court to be relieved as counsel on appeal and seek to have new counsel appointed. On June 3, 2024, I submitted my first motion to be

1

relieved on this appeal. This Court provided direction on June 5, 2024, however, that I remain on the case until after filing a motion for leave to appeal, resulting in a deferral and delay of a ruling on the June 3, 2024, motion to be relieved. On June 13, 2024, I filed Mr. Celli's motion for leave to appeal his violation of supervised release matter.

Consistent with Mr. Celli's preference to have new counsel appointed to represent him on this appeal, on June 18, 2024, Mr. Celli filed a *pro se* letter regarding his views on my ineffective assistance of counsel and lack of attention to his interests. *See* 24-1490 DktEntry 13.1. He cited issues with his constitutional rights, a lack of motion practice and docketing, and "blocking" in the district court, among other topics he believes are worth this Court's consideration. *Id.* Mr. Celli has also repeatedly accused me and other people of committing crimes against him. *Id.*

Mr. Celli should have counsel free from any conflict of interest and who is able to raise any and all colorable claims on appeal. I therefore move again for this Court to Order that I be relieved and to appoint new counsel for Mr. Celli.

**WHEREFORE**, it is respectfully requested that this Court issue an Order relieving me as counsel on appeal and assigning new counsel to Mr. Celli.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
           July 9, 2024

_____
**AARON MYSLIWIEC**
Miedel & Mysliwiec LLP
52 Duane St, Fl 7
New York, New York 10007
(212) 616-3042
am@fmamlaw.com

2

## CERTIFICATE OF SERVICE

      I certify that a copy of this Notice of Motion and Declaration have been served by ECF and email on the Assistant United States Attorney assigned to this case, **Anna Karamigios**, and by U.S. Mail on defendant-appellant, **Lucio Celli**, at his current address.

Dated:     New York, New York
               July 9, 2024

_____
**AARON MYSLIWIEC**
Miedel & Mysliwiec LLP
52 Duane St, Fl 7
New York, New York 10007
(212) 616-3042
am@fmamlaw.com

3