I, Lucio Celli, write the court, government, and NYSED with my lawyer, as it deals with him and the AUSA committing a crime with Officer Cudina and Officer Sparks.

I request a heraing pursant to the NYSED's Part 83. I requested the hering from Com. Rosa back in Oct of 2023. THEREFORE, there is a record of me requesting the hearing with Officer Cudina and Officer Sparks

PLEASE NOTE, I request a three (3) panel arbitrator hearing and listed in the Part 83

Please Take Notice, Com. Rosa h... rsonal knowledge of UFT's and Randi Weingarten's interference into my legal representation, as S... rman admitted to conspiring with Randi and Judge Cogan and Santana aiding the UFT and Randi (with ... admitting to this and the AUSAs withheld the evidence) wanted me terminated because of telling officials about Judge Cogan's criminal conduct for his former clients the UFT, as the UFT took 200k and this is a crime under sec 1512 or sec 1513

Please Take Further Notice, Com Rosa had the obligation to investagate Art Taylor and Mr. Taylor because they did not follow 3020a procedures and this notice was sent to me because I informed the DOJ about withholding evidence by the UFT and DOE

6HR DOE said DOE had prior knowledge and Bonnie of UFT said the same day but Barr of the UFT said that no misconduct occurred...WAIT, DOE's IT said that whatever HR saw, Mr. Yu, esq. saw the same informtion. THEREFORE, he prev...ed a person or people from being prosecuted

UFT and Randi are reteliating ag...i me over a penis picture and affidavits sent to Judge Engelmayer from my brother and my moth...

Dear Justice Roberts, Chief Judge Livingston, Judge Engelmayer, Com. Rosa, Clerk Wolfe, AUSA Amundson and Mr. Mysliwiec:

Below is a letter to NYSED's moral review board. They listed all the illegal conviction of 21 and the 2 ilegal violation conviction with the illegal DUI conviction. I was prevented from presenting evidence of criminal

interference by Randi Wiengarten and Judge Cogan with the UFT's and DOE's help, I told Judge Engelmayer but he ignored the facts, and the record is not complete.

Remember (basic summary)

1-I recinded my plea and the motion was never docketed and Judge Engelmayer never asked me if I continued with my plea agreement with AUSA Shaw saying that Silverman committed a crime by not docketing the motions and his admission.

2-AUSA Karamigios and Officer Ricardo with Silverman fabricated a violation, as ALJ Blassman ordered the UFT and DOE to settle with me because their misconduct affected my wages with the fact of a penis picture sent to me by Vinny of UFT

3-The DOE admitted to the UFT and Randi wanted me terminated because of exposing Judge Cogan's criminal conduct for the UFT--the UFT were clients of Cogan--and he ignored the fact that ALJ Blassman's order and the fact that Cogan helped to negoicated the CBA

I respectfully ask that Judge Engelmayer order a hold on the state proceeding until the record is fully developed because Randi is the only person from the union to answer me with the fact that there is an appearance of imporiety because Schumer called Randi his sister and there is an unanswered motion for recusal based on Sen. Schumer.

The undeveloped record harms me and helps Randi's and the UFT's plan to have me terminated for exposing Judge Cogan's criminal conduct for the UFT and Randi with the criminal conduct of the AUSAs', which the court has yet to address.

---

I explained to Com Rosa why Barr and Mulgrew committed a crime and I offerred to play her audios

My brother has my power of attoney and I will send copy from here to, but I do not trut it will arrive to you within 30 days and PERB has committed mail fraud and I will that NYSED will commit the same crime, which the AUSAs knew and covered up

The UFT has committed a crime under sec 1512 or sec 1513 of taking my wages criminally and my employment with me informing Rosa of Taylor's crimes under honest services and falsified a legal document, as I could NOT have sent Taylor any document because Judge Engelmayer ordered me not too and Com Rosa knows this

ALJ Blassman said that the UFT and DOE had to settle with me because the arbitration decisions being withheld affected my wages and I wrote the judges about with AUSAs knew and lied with Officer Lombardo and Officer Sparks

Informed Officer Sparks of Com. Rosa's criminal conduct of taking my employement with Winerius of PERB because she knew that my job was criminally taken from me with the help of Officer Sparks and the AUSAs, as the DOE admitted to this and they did a proper investagation. BECAUSE the procedural due process of the 3020a statute and/or CBA were followed

I sent PERB and Rosa an audio of the UFT lying about the 3020a procedures that they negoicaited and Barred lied about in a legal docu , which is wire fraud, criminally taking my employment, preventing Randi and COgan from being cr mi aly found out and other crimes with the help fo the AUSA

Com Rosa knows that Art Taylor crmmitted NYS Ethics (under sec 74) because he misused his state postion to help out his former emp 'oyer and boss (the UFT and Rosa)

Lucio Celli
89 Widmer Road
Wappingers Falls, NY 12590

US Court of Appeals 2nd Circuit
40 Foley Square
New York, NY 10007

ALBANY NY 120
9 AUG 2024 PM 1 L