# MANDATE

E.D.N.Y. – Bklyn
19-cr-127
Engelmayer, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand twenty-four.

Lucio Celli,

        *Petitioner*,

v.                                                                         24-1490

United States of America,

        *Respondent*.

In 2017, this Court entered a leave-to-file sanction against Petitioner. *See Celli v. Cole*, 2d Cir. 17-234, doc. 90. Petitioner's attorney now moves to be relieved as counsel, for substitution of new counsel, and for leave for Petitioner to file this appeal from the revocation of his supervised release. Upon due consideration, it is hereby ORDERED that the motions are DENIED as moot because Petitioner has completed his revocation prison sentence, he is no longer subject to supervised release, and the record does not reveal any concrete and continuing injuries flowing from the revocation. *See United States v. Probber*, 170 F.3d 345, 348–49 (2d Cir. 1999).

                                                 FOR THE COURT:
                                                 Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/09/2024